[No. 13377.   Department Two — January 31, 1890.]

JAMES A. WATERMAN, APPELLANT, v. F. M. BOLT-INGHOUSE, RESPONDENT.

PRINCIPAL AND AGENT — BROKERAGE — EXCLUSIVE RIGHT TO SELL REALTY — SALE BY PRINCIPAL — COMMISSIONS. — An agent or broker to whom is given the exclusive right, for a certain period, to sell a tract of land belonging to another, cannot recover his commissions when the owner sells the land during this period, unless he has produced a purchaser ready and willing to buy on the terms specified in his contract of employment.

APPEAL from a judgment of the Superior Court of Fresno County.

The facts are stated in the opinion of the court.

*Meux & Edwards*, for Appellant.

*E. C. Winchell*, and *Wharton & Short*, for Respondent.

THORNTON, J. — This is an action by plaintiff to recover commissions for an alleged sale of land. He never produced a purchaser ready and willing to buy on the terms of his employer, the defendant. He cannot, therefore, recover. (*Dolan* v. *Scanlan*, 57 Cal. 261; *Moses* v. *Bierling*, 31 N. Y. 462; *Sibbald* v. *Bethlehem Iron Co.*, 83 N. Y. 378; 22 Am. Rep. 441.)

Here the plaintiff had the exclusive right to sell for a term ending January 1, 1889, and the defendant, during this period, himself effected a sale. Though the plaintiff had the right to sell, to the exclusion of his employer, still he cannot recover his commissions unless he has produced a purchaser ready and willing to buy as above stated. This is expressly held, and correctly held, in *Moses* v. *Bierling*, *supra*, which is a case similar to this.

The plaintiff argues this case as if it was a suit to recover damages for defendant's breach of contract. The complaint does not set forth any such action, but one to recover the compensation agreed to be paid on a sale.

There is no error.

Judgment affirmed.

MCFARLAND, J., and SHARPSTEIN, J., concurred.